312 So.2d 632

## W. C. ARMSTRONG, Jr., alias

v.

## STATE.

6 Div. 668.

Court of Criminal Appeals of Alabama.

April 1, 1975.

After remand following reversal in part of 294 Ala. 100, 312 So.2d 620.

It is ordered that the judgment of the Circuit Court be reversed and remanded on authority of Armstrong v. State, 55 Ala. App. 37, 312 So.2d 607, released March 13, 1975. (No opinion) Per Curiam.

317 So.2d 532

## Ricky BEZOTTE

v.

## STATE.

8 Div. 598.

Court of Criminal Appeals of Alabama.

July 29, 1975.

After response to remand, 55 Ala.App. 564, 317 So.2d 531.

Affirmed, without opinion.

317 So.2d 347

## Jerry Dean BRANTLEY

v.

## STATE.

4 Div. 277.

Court of Criminal Appeals of Alabama.

Feb. 18, 1975.

Rehearing Denied March 18, 1975.

Certiorari Denied, 294 Ala. 344, 317 So. 2d 345.

The following order has been entered in the above appeal after remandment by the Alabama Supreme Court:

It is ordered that the judgment of the Circuit Court be affirmed on authority of *Brantley v. State,* 294 Ala. 346, 317 So.2d 348 released January 9, 1975. Tyson, J., (No Opinion) All the Judges concur.

Reversing judgment, Ala.Cr.App., 55 Ala.App. 493, 317 So.2d 337.